JS-6

O

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERRY LEE PARKER,<br><br>        Petitioner,<br><br>        v.<br><br>D. BURTON,<br><br>        Respondent | Case No. 5:20-cv-01982-JGB-JC<br><br>JUDGMENT |

    Pursuant to this Court's Order Dismissing Petition for Writ of Habeas Corpus and Action without Prejudice, IT IS ADJUDGED that the Petition for Writ of Habeas Corpus under 28 U.S.C. § 2254 by a Person in State Custody and this action are dismissed without prejudice.

    IT IS SO ADJUDGED.

DATED: October 20, 2020

                                    HONORABLE JESUS G. BERNAL<br>
                                    UNITED STATES DISTRICT JUDGE